IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| AMY MURILLO, INDIVIDUALLY and JESUS TREVINO, INDIVIDUALLY § § § | |
| VS. § § | NO. 6:15-cv-00026 |
| DALE EDWARD BARTON, JR. and WERNER ENTERPRISES, INC § § § | |

## NOTICE OF REMOVAL OF DEFENDANTS DALE EDWARD BARTON, JR. and WERNER ENTERPRISES, INC.

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, DALE EDWARD BARTON, JR. and WERNER ENTERPRISES, INC., hereby remove this action to the United States District Court for the Southern District of Texas from the County Court At Law #2 of Victoria County, Texas, stating as follows:

1. Plaintiffs, Amy Murillo and Jesus Trevino, commenced this action in the County Court At Law #2 of Victoria County, Texas, where it was given Cause No. CIV2-17247. This action is between citizens of different states. Plaintiffs are residents of Texas. Defendant Werner Enterprises, Inc. is a Nebraska Corporation and Defendant Dale Edward Barton, Jr. is a resident of Florida. Further, Plaintiffs claim damages for serious personal injury and is seeking damages of $1,000,000. Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2. Defendant received the summons and complaint on April 9, 2015, so this removal is timely under 28 U.S.C. § 1446(b).

3. A copy of all process, pleadings, and orders served upon Defendant is attached as Exhibit A.

4.  Defendant has provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the County Court At Law #2 of Victoria County, Texas.

Dated: _May 4_, 2015

Respectfully submitted,

*[signature]*

LARRY D. WARREN
State Bar No. 20888450
**ATTORNEYS FOR DEFENDANTS**

OF COUNSEL:
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile:  (210) 785-2950
lwarren@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ___4___ day of May 2015, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel:

***E-Filing Notification System and***
***Facsimile: (512) 422-3256***
Mr. Scott Ogle
LAW OFFICE OF SCOTT OGLE
2028 W. Ben White Blvd.
Austin, Texas 78704
Telephone: (512) 442-8833
Facsimile: (512) 442-3256
soglelaw@peopepc.com
**ATTORNEY FOR PLAINTIFFS**

_____
LARRY D. WARREN