IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| AMY MURILLO, INDIVIDUALLY and<br>JESUS TREVINO, INDIVIDUALLY<br><br>VS.<br><br>DALE EDWARD BARTON, JR. and<br>WERNER ENTERPRISES, INC | §<br>§<br>§<br>§   NO. 6:15-cv-00026<br>§<br>§<br>§ |

### PLAINTIFFS AMY MURILLO AND JESUS TREVINO AND DEFENDANTS DALE EDWARD BARTON, JR. and WERNER ENTERPRISES, INC. NOTICE OF SETTLEMENT AND JOINT MOTION TO BE EXCUSED FROM PRETRIAL HEARING

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Plaintiffs **AMY MURILLO and JESUS TREVINO** and Defendants, **DALE EDWARD BARTON, JR. and WERNER ENTERPRISES, INC.**, file their Notice of Settlement and Joint Motion to Be Excused From Pre-Trial Hearing and show the court the following:

1. This matter is set on the docket of this court for pre trial hearing on July 6, 2015 at 3:00 PM.

2. The Parties jointly request the court to excuse them from appearing at the pre-trial conference because the parties have reached a settlement of all issues in this matter.

3. The Parties jointly request the court allow them 30 days to finalize settlement papers and submit a motion and order of dismissal for the court's consideration.

**WHEREFORE PREMISES CONSIDERED**, the Parties jointly request to be excused from the July 6, 2015 Pre trial conference and for such other relief to which they are entitled.

Dated: June 29, 2015

{03447027.DOCX / }

Respectfully submitted,

*[signature]*

LARRY D. WARREN
State Bar No. 20888450
ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com

*[signature]*

SCOTT OGLE
State Bar No. 00797170
**ATTORNEY FOR PLAINTIFFS**

OF COUNSEL:

LAW OFFICE OF SCOTT OGLE
2028 W. Ben White Blvd.
Austin, Texas 78704
Telephone: (512) 442-8833
Facsimile: (512) 442-3256
soglelaw@peoplepc.com

{03447027.DOCX /}