| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Amy Murillo, *et al.*, §
§
      Plaintiffs, §
§
*versus* §     Civil Action V-15-26
§
Dale E. Barton, *et al.*, §
§
      Defendants. §

## Conditional Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice except that the parties may move for reinstatement by July 24, 2015.

2. This court retains jurisdiction to enforce the settlement.

Signed on June 30, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge